UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| JOHN THAI, | : |
| Plaintiff, | 1:11-CV-09318-PKC |
| - against - | :STIPULATION OF :DISCONTINUANCE :WITH PREJUDICE |
| COLLECTO, INC., d/b/a EOS/CCA, | : |
| Defendant. | : |

------------------------------------------------------------

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

Dated:   New York, New York
         June 25, 2012

**ZELDES, NEEDLE & COOPER**

By: _____
Jonathan Elliot
*Attorney for Defendant*
Collecto, Inc., d/b/a EOS/CCA
1000 Lafayette Boulevard
Bridgeport, CT 06604
203-332-5727

**LAW OFFICES OF ALLISON POLESKY, P.C.**

By: _____
Allison D. Polesky (AP5446)
*Attorney for Plaintiff*
511 Avenue of the Americas, Suite 712
New York, New York 10011
(866) 479-9500

**SO ORDERED:**

_____
USDJ